Judge Theiler

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 11 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-MJ-00404-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DANIEL ROBERTO LOPEZ-LOPEZ, <br><br> Defendant. | CASE NO. MJ08-404 <br><br> COMPLAINT for Violation <br> 21 U.S.C. §§ 841(a)(1), 841(b)(1)(b), and 846 |

BEFORE, Mary Alice Theiler, United States Magistrate Judge, Seattle, Washington.

The undersigned complainant, Task Force Officer Dewey Burns, Drug Enforcement Administration (DEA), being duly sworn, states:

### Count 1

### (Possession of Methamphetamine with Intent to Distribute)

On or about September 10, 2008, in King County, within the Western District of Washington, and elsewhere, DANIEL ROBERTO LOPEZ-LOPEZ, did knowingly and intentionally possess, with intent to distribute, methamphetamine (actual), a substance controlled under Schedule II, Title 21, United States Code, Section 812.

The government further alleges that this offense involved five grams or more of methamphetamine (actual).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b).

And the complainant further states:

**My Background**

1. I am a detective with the King County Sheriff's Office, assigned as a Task Force Officer (TFO) with the Drug Enforcement Administration, Seattle Field Division. I have been with King County since January of 2000. I am assisting the two lead investigators in the investigation of two related drug trafficking organizations operating in Western Washington. The investigation, which started in 2007, is being conducted by DEA and the Seattle Police Department.

**My Sources of Information**

2. I have obtained the facts set forth in this affidavit through my personal participation in the investigation described below, from my review of intercepted and translated calls, from oral and written reports of other law enforcement officers, from records, documents and other evidence obtained during this investigation, and from speaking to other officers. I have not included every fact known to law enforcement concerning this investigation. I have set forth only the facts that I believe are essential to establish probable cause to charge DANIEL LOPEZ-LOPEZ. Seattle Police officers arrested DANIEL LOPEZ-LOPEZ yesterday, and provided the details to me today.

**Current Investigation**

3. Our investigation focused on two drug trafficking organizations. One was led by Bertario SANTOS-ROJAS, and the other by two men we believe to be brothers, Ignacio PENA-GARCIA and José BARRAZA-VIDAL. The two men are also believed to be cousins of Bertario SANTOS-ROJAS. As part of the investigation, we received court authorization to intercept the telephones used by SANTOS-ROJAS, PENA-GARCIA, and others. At various times during July, August and September, five telephones were intercepted. Through the interceptions, we learned that both organizations were distributing large amounts of cocaine and methamphetamine in Western Washington. We identified the leaders and associates in both organizations. We

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

recently learned from the intercepted calls that a large load of drugs was being delivered to Western Washington on September 10, 2008. In order to prevent these drugs from being distributed, we quickly mobilized officers and agents from DEA, Seattle Police, King County Sheriff, and other agencies in an effort to intercept the drugs and arrest members of both organizations. We obtained search warrants for three residences, and received consent to search several other locations.

4. On September 10, 2008, we arrested 16 suspects, seized approximately twenty kilograms of cocaine, six pounds of methamphetamine and over $350,000 in cash. Many of the people arrested will have their cases presented to the grand jury today. DANIEL LOPEZ-LOPEZ is being charged separately by this Complaint. He had previously been identified as a member of PENA-GARCIA's organization.

5. DANIEL LOPEZ-LOPEZ was arrested possessing nearly one-half a pound of methamphetamine, as describe below. That quantity of methamphetamine is too large and expensive to store for personal use.

**Arrest of DANIEL LOPEZ-LOPEZ**

6. On September 10, 2008, approximately 1:37 p.m., DEA agents Eric Wattree and Jeff Hayes established surveillance on the "stash" apartment known to be utilized by the Jose BARRAZA-VIDAL organization, located at 17100 120th Terrace SE., Apt. #Z-202, Renton, Washington. It was identified as a place where drugs were stored during surveillance over several weeks. They were also aware from recent intercepted calls that drugs were being delivered there on September 10, 2008. They were intending to serve a search warrant, which was being prepared, and were going to arrest participants in the drug organization. They had also identified a silver 2000 Volkswagen Cabriolet, WA#567XPF, as a car used by drug couriers working for PENA-GARCIA and BARRAZA-VIDAL.

7. At approximately 1:37 p.m., SA Wattree observed an Hispanic male, later identified as Cristian RUELAS-ORTIZ, exit 17100 120th Terrace SE., Apt. #Z-202, in Renton, and walk directly to the silver Volkswagen Cabriolet, WA#567XPF. Agents

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Wattree and Hayes observed Cristian RUELAS-ORTIZ get into the driver's seat of the VW Cabriolet. SAs Wattree and Hayes contacted RUELAS-ORTIZ, before he could drive away. SAs Wattree and Hayes observed that Cristian RUELAS-ORTIZ had a black handbag that was lying next to his lap. SAs Wattree and Hayes retrieved RUELAS-ORTIZ's wallet in an attempt to identify him, and in so doing, located a baggie containing approximately 1-2 grams of cocaine inside the wallet. This cocaine field tested positive for cocaine.

8. During a search incident to arrest, Agents Wattree and Hayes recovered approximately $2,200 cash from RUELAS-ORTIZ's front left pants' pocket. SAs Wattree and Hayes then searched the black handbag that was lying next to RUELAS-ORTIZ's lap, and recovered approximately twelve individually wrapped baggies, each containing approximately ¼ ounce of crystal methamphetamine, and one baggie containing approximately ½ ounce of crystal methamphetamine. In total, this black handbag contained approximately 3 ½ ounces (approximately 90 grams) of crystal methamphetamine, which field-tested positive for methamphetamine. Agents Wattree and Hayes then searched the rest of the VW Cabriolet, recovering approximately seven individually wrapped baggies, each containing approximately ½ ounce of crystal methamphetamine, from a false compartment located in the air bag area of the vehicle. This crystal methamphetamine also field tested positive for methamphetamine.

9. Agents Wattree and Hayes also recovered two different cell phones from Cristian RUELAS-ORTIZ. One of the cell phones had the cell phone number 206-370-1191, known to be a cell phone utilized by a drug-runner for the Jose BARRAZA-VIDAL, therefore, confirming investigators' beliefs that Cristian RUELAS-ORTIZ was the drug-runner for Jose BARRAZA-VIDAL, utilizing the cell phone 206-370-1191

10. At approximately 2:36 p.m., Jose BARRAZA-VIDAL made an outgoing call to Diane D. (full name known but redacted), a drug customer of the organization identified during the investigation. She had just ordered drugs from BARRAZA-VIDAL.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

BARRAZA-VIDAL told Diane that he was going to send the "new guy" (a new drug-runner), who would be there in 20 minutes. Diane asked BARRAZA-VIDAL what happened to the "other guy" (drug-runner), and BARRAZA-VIDAL said that the "other guy" wasn't answering (his phone). (This a reference to RUELAS-ORTIZ, who had just been arrested).

11. Diane said that she hoped he was okay, and then asked what the "new guy" was driving. BARRAZA-VIDAL told her that the "new guy" was driving a silver Nissan. DANIEL LOPEZ-LOPEZ had been observed driving a silver Nissan Maxima, WA#675XBG, during surveillance of the group. He was later arrested in it.

12. At approximately 3:01 p.m., Jose BARRAZA-VIDAL spoke with Diane, telling her that the guy (drug-runner) was there, and asked her how many she wanted. Diane told BARRAZA-VIDAL that she wanted "one." Shortly thereafter, at approximately 4:00 p.m., Agents John Satchel, Greg Shadko, Errin Jewel, Jeff Hayes, Todd Morrow, and Rob Brooks, observed a Hispanic male, later identified as Daniel Roberto LOPEZ-LOPEZ, arrive at and enter 17100 120th Terrace SE., Apt. #Z-202, in Renton, after walking from the area of the parking lot a couple of buildings away. At approximately 4:30 p.m., Agents Satchel and Shadko observed LOPEZ-LOPEZ exit Apt. #Z-202, and walk directly back to the silver Nissan Maxima, WA#675XBG, which was parked a couple of buildings away, get in, and begin to drive away. Agents Brooks and Jewell stopped LOPEZ-LOPEZ driving this silver Nissan, and detained him, pending the obtainment of the federal search warrant on this "stash" apartment.

13. Agent Jewell recovered from LOPEZ-LOPEZ a cell phone with the phone number 206-330-3266, a cell phone known to be used by a drug-runner for the Jose BARRAZA-VIDAL DTO. Agent Jewell also noted that this cell phone had a direct connect feature, which the group used. SA Jewell also recovered three bundles of cash from LOPEZ-LOPEZ's pants' pockets, each bundle containing a note. The bundles consisted of amounts of $1,400, $130, and $250, and the notes on each bundle was "1 p", "pillas", and "besina". The total amount of cash was $1,780.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

14. SA Jewell read Miranda warnings in Spanish to LOPEZ-LOPEZ, who stated he understood these rights. LOPEZ-LOPEZ told Agent Jewell that the pants he was wearing were not his, and that he came from Apt. #206. Meanwhile, Agents Morrow and Hayes searched the silver Nissan Maxima, recovering approximately two ounces of crystal methamphetamine from the driver's headrest, which contained a slit inside which the drugs were hidden. They also recovered approximately 5-6 ounces of crystal methamphetamine from a small toolbox, which was found inside a compartment, located in the rear, passenger side quarter panel of the vehicle, accessible through the trunk. Both sets of recovered crystal methamphetamine field tested positive for methamphetamine by SA Hayes. In my experience, this quantity of crystal methamphetamine would include far more than five grams of actual methamphetamine.

15. Based on the timing of the arrest of Cristian RUELAS-ORTIZ, and therefore his inability to answer his cell phone to deliver drugs to Diane, and José BARRAZA-VIDAL telling Diane that he was going to send "the new guy" who would be driving the silver Nissan, investigators believe that Daniel Roberto LOPEZ-LOPEZ

//
//
//
//
//
//
//
//
//
//

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

delivered drugs to Diane, under the direction of BARRAZA-VIDAL, and was arrested afterwards.

_____
DEWEY BURNS, Complainant
Task Force Officer, Drug Enforcement Administration

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

DATED this 11th day of September, 2008.

_____
MARY ALICE THEILER
United States Magistrate Judge

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970